```
JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:  (415) 436-6748
    Email:      andrew.cheng@usdoj.gov
```

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERTO ROCHA, Ph.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>ELAINE CHAO, Secretary, Department of Labor,<br><br>    Defendant. | No. 08-3049 BZ<br><br>**FEDERAL DEFENDANT'S REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |

Defendant Elaine Chao ("Federal Defendant"), by and through its undersigned counsel, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: July 1, 2008                     Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                      United States Attorney


By:        /s/
     ANDREW Y.S. CHENG
     Assistant United States Attorney