UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Alberto Rocha, Ph.D.,

      Plaintiff(s).                                      No. C 08-3049 BZ

      v.                                              NOTICE OF IMPENDING
                                                     REASSIGNMENT TO A UNITED
                                                     <u>STATES DISTRICT COURT JUDGE</u>

Elaine Chao,

      Defendant(s).
_____/

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

      (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

      (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

      The Case Management Conference set for September 29, 2008 at 4:00p.m. is hereby **VACATED**.

Dated: 7/2/08

                                                                    Richard W. Wieking, Clerk
                                                                    United States District Court



                                                                    By: - Deputy Clerk to
                                                                    Magistrate Judge

reassign.DCT