**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERTO ROCHA,                                         No. C 08-03049 MHP

        Plaintiff(s),                              **CLERK'S NOTICE**
                                                       **(Scheduling Case Management Conference**
  v.                                                   **in Reassigned Case)**

ELAINE CHAO,

        Defendant(s).
_____/

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, September 29, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference.

                                            Richard W. Wieking
                                            Clerk, U.S. District Court

Dated: July 3, 2008                           Anthony Bowser, Deputy Clerk to the
                                            Honorable Marilyn Hall Patel
                                                    (415) 522-3140