JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Facsimile:  (415) 436-6748

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERTO ROCHA, Ph.D. | No. 08-3049 MHP |
| Plaintiff, | **FEDERAL DEFENDANT'S ANSWER TO COMPLAINT** |
| v. | |
| ELAINE CHAO, Secretary, Department of Labor, | |
| Defendant. | |

For its Answer to Plaintiff's Complaint, Defendant admits, denies, and alleges as follows:

1.   Defendant admits jurisdiction of this Court but denies the remaining allegations in this paragraph.

2.   Defendant admits to the venue of this Court but denies the remaining allegations in this paragraph.

3.   Defendant admits the allegations of this paragraph but lacks sufficient information to admit or deny that plaintiff resides in Alameda County and on that basis denies that allegation.

4.   Defendant admits the allegation of this paragraph.

5.   Defendant admits that plaintiff filed employment discrimination complaints alleging discrimination and retaliation.  Except as so admitted, defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and on that basis denies

the remaining allegations of this paragraph.

6. Defendant denies the allegations of this paragraph, including each and every subpart (a through v).

7. Defendant denies the allegations of this paragraph.

8. Defendant denies the allegations of this paragraph.

9. Defendant denies the allegations of this paragraph.

10. Defendant denies the allegations of this paragraph.

## FIRST CLAIM

11. Defendant incorporates her responses to paragraphs 1 to 10 as though fully set forth herein.

12. Defendant denies the allegations of this paragraph.

## SECOND CLAIM

13. Defendant incorporates her responses to paragraphs 1 to 12 as though fully set forth herein.

14. Defendant denies the allegations of this paragraph.

## THIRD CLAIM

15. Defendant incorporates her responses to paragraphs 1 to 14 as though fully set forth herein.

16. Defendant denies the allegations of this paragraph.

## FOURTH CLAIM

17. Defendant incorporates his responses to paragraphs 1 to 16 as though fully set forth herein.

18. Defendant denies the allegations of this paragraph.

## FIFTH CLAIM

19. Defendant incorporates his responses to paragraphs 1 to 18 as though fully set forth herein.

20. Defendant denies the allegations of this paragraph.

///

**SIXTH CLAIM**

21. Defendant incorporates his responses to paragraphs 1 to 20 as though fully set forth herein.

20. Defendant denies the allegations of this paragraph.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

This Court is without subject matter jurisdiction over plaintiff's claims.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff is barred from proceeding with this action because he elected another remedy.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff failed to exhaust his administrative remedies.

**FOURTH AFFIRMATIVE DEFENSE**

The complaint and each claim asserted therein fail to state a cause of action upon which relief can be granted.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff cannot establish a prima facie case of discrimination, harassment, and/or retaliation.

**SIXTH AFFIRMATIVE DEFENSE**

All actions being challenged by plaintiff were taken for legitimate, non-discriminatory, non-retaliatory, and non-pretextual reasons.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff failed to mitigate his damages, if any, and any recovery or award should be reduced accordingly.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff may recover only those damages allowed under the law.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's recovery, if any, is barred by the doctrine of unclean hands, laches, and estoppel.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's complaint should be dismissed because he has failed to establish that some of the actions alleged were adverse.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's complaint should be dismissed because he did not seek counseling within 45 days of the allegedly discriminatory or retaliatory behavior.

### TWELFTH AFFIRMATIVE DEFENSE

Even if plaintiff could establish liability (which defendant denies), defendant cannot be held liable because defendant exercised reasonable care to prevent and correct promptly any discriminatory conduct, and plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by defendant, or to otherwise avoid harm.

WHEREFORE, Defendant requests that the Court enter judgment in favor of the Government, that the Complaint be dismissed, that injunctive relief be denied, and that the Government is granted such other and further relief as the Court may deem just and proper, including recovery of all costs of suit and appropriate fees. Defendant denies all allegations of the complaint not specifically admitted herein. Defendant reserves the right to amend her answer.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 20, 2008              _____/s/_____
                                    ANDREW Y.S. CHENG
                                    Assistant United States Attorney

FEDERAL DEFENDANT'S ANSWER TO COMPLAINT,
C08-3049 MHP