```
1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (CSBN 164613)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, 9th Floor
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6813
6  Facsimile:  (415) 436-6748

7  Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ALBERTO ROCHA, Ph.D. | ) | No. 08-3049 MHP |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEDIATE CASE** |
| v. | ) | |
| ELAINE CHAO, Secretary, Department of Labor, | ) | |
| Defendant. | ) | |

The current deadline by which this case must be mediated by Alan Berkowitz, Esq., is **January 31, 2009**.

The parties jointly request that the deadline for completing the mediation be extended to **March 31, 2009**.

The parties request the brief extension so that the appropriate decision-maker from the Department of Labor can attend the mediation. It is unlikely that the proper individual from DOL will be known until after February, 2009.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: October 30, 2008             /s/
                            ANDREW Y.S. CHENG
                            Assistant United States Attorney

Dated: October 30, 2008

/s/  
HOWARD MOORE, JR.  
Attorney for Plaintiff Alberto Rocha\

## ORDER

The Court, having considered the stipulation of the parties, continues the deadline by which mediation must be completed to **March 31, 2009**.

**IT IS SO ORDERED.**

Dated: 11/14/2008



MARILYN HALL PATEL  
IT IS SO ORDERED  
Judge Marilyn H. Patel