```
HOWARD MOORE, JR., SBN 55228
MOORE & MOORE
1563 Solano Avenue, No. 204
Berkeley, California 94707-2116
Telephone:    (510) 542-7172
Facsimile:    (510) 528-3024
Email:        moorlaw@aol.com
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO ROCHA, ) | Civil Action No. C08-3049 MHP |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION OF THE PARTIES |
| vs. ) | REGARDING PLAINTIFF FILING |
| ) | A FIRST AMENDED COMPLAINT |
| HILDA L. SOLIS, Secretary, ) | AND (Proposed) ORDER |
| Department of Labor, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

  IT IS STIPULATED BY COUNSEL for HILDA L. SOLIS, Secretary, Department of Labor, Defendant herein, and counsel for Alberto Rocha, Plaintiff herein and agreed that Plaintiff may file the attached First Amended Complaint, which, upon approval by the Court, shall supersede, in all respects, the original Complaint on file herein.

  It is hereby further stipulated and agreed that Defendant's previously Answer , filed on August 20, 2008 ("Doc #8") shall be deemed to have been filed in Answer to the First Amended Complaint unless Defendant elects to file responsive pleadings or an Answer to the First Amended Complaint within 20 days of the entry of the Order approving this Stipulation to permit the attached First Amended Complaint to be filed.

---

_____
Stipulation & (Proposed) Order re First Amended Complaint
Rocha v. Hilda L. Solis, Secretary  Case No. 08-3049 MHP

| | | |
|---|---|---|
| 1 | Dated: March 5, 2009 | MOORE & MOORE |
| 2 | | Attorneys for Plaintiff ALBERTO ROCHA |
| 4 | | *s/Howard Moore, Jr.* |
| 5 | | _____ |
| | | HOWARD MOORE, JR. |

Dated: March 5, 2009

JOSEPH P. RUSSONIELLO
United States Attorney
JOANN M. SWANSON
Chief, Civil Division
Attorneys for Defendant

*s/Andrew Y. S. Cheng*
By: _____
ANDREW Y.S. CHENG
Deputy Chief, Civil Division,
Assistant United States Attorney

ORDER

Pursuant to Stipulation: IT IS SO ORDERED

Dated: March _9_, 2009

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation & (Proposed) Order re First Amended Complaint
Rocha v. Hilda L. Solis, Secretary        Case No. 08-3049 MHP

2