1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (CSBN 164613)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, 9th Floor
5     San Francisco, California 94102-3495
      Telephone: (415) 436-6813
6     Facsimile:  (415) 436-6748
      E-mail: andrew.cheng@usdoj.gov
7
   Attorneys for Federal Defendant
8

9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  ALBERTO ROCHA, Ph.D.           )   No. 08-3049 MHP
                                   )
14        Plaintiff,                )   **ORDER TO SHOW CAUSE**
                                   )
15     v.                           )   Date:  April 7, 2009
                                   )   Time:  10:00 a.m.
16  HILDA SOLIS, Secretary, Department of  )
    Labor,                          )
17                                  )
          Defendant.                )
18  _____)

19       This matter was set for a case management conference on March 30, 2009.  This Court

20  continued the case management conference to April 7, 2009, at 9:00 a.m.  On April 7, 2009, at

21  9:00 a.m., lead counsel for plaintiff Alberto Rocha – Howard Moore, Jr. – failed to appear.

22       The case management conference was continued to 10:00 a.m.

23       At 10:00 a.m., plaintiff's counsel failed to appear.

24       In two prior case management conferences (held on September 29, 2008 and December

25  15, 2008), lead counsel for plaintiff Alberto Rocha did not appear.  Instead, counsel who was not

26  lead counsel appeared on behalf of plaintiff.

27       Plaintiff's counsel is hereby ordered to show cause why this case should not be dismissed

28  for failure to prosecute.  The hearing on the order to show cause shall be on **April 27, 2009, at**

1  **3:00 p.m.**

2      Plaintiff's response to the order to show cause shall be filed no later than **April 20, 2009.**

3

4      IT IS SO ORDERED.

5

6

7  DATE: 4/10/2009



ORDER TO SHOW CAUSE,
C08-3049 MHP