JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Facsimile: (415) 436-6748

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ALBERTO ROCHA, | ) | No. 08-3049 MHP |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DISCOVERY AND SUMMARY JUDGMENT HEARING** |
| v. | ) ) | |
| HILDA SOLIS, Secretary, Department of Labor, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff's counsel recently finished a three and a half month trial and has asked for a continuance of the hearing and discovery dates in this case.

In order to accommodate the schedule of plaintiff's counsel, the parties stipulate as follows:

The last day for the summary judgment hearing date previously scheduled for November 2, 2009 will be continued to **December 14, 2009**.

Defendant's last day for filing her summary judgment motion is extended to **November 9, 2009**.

This Court previously limited discovery to four depositions per side. The Court allowed defendant two hours to complete plaintiff's deposition. These depositions will be completed no later than **October 30, 2009**.

///

1  Plaintiff will provide a signed release for psychiatric records to defendant no later than
2  **August 14, 2009**.

6  Respectfully submitted,

7  JOSEPH P. RUSSONIELLO
United States Attorney

9  Dated: August 3, 2009          /s/
ANDREW Y.S. CHENG
10  Assistant United States Attorney

11
12  Dated: August 3, 2009          /s/
HOWARD MOORE, JR.
Attorney for Plaintiff Alberto Rocha\

## ORDER

The Court, having considered the stipulation of the parties, continues the summary judgment hearing date to **December 14, 2009**. Defendant's motion shall be due on **November 9, 2009**. Factual discovery shall be completed by **October 30, 2009**. Plaintiff shall provide a signed release for psychiatric records to defendant no later than **August 14, 2009**.

**IT IS SO ORDERED.**

Dated: 8/6/2009  _____

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND ORDER TO CONTINUE HEARING AND DISCOVERY DEADLINES,
C08-3049 MHP