1   JOSEPH P. RUSSONIELLO (SBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   ANDREW Y.S. CHENG (CSBN 164613)
    Assistant United States Attorney
4   MELISSA K. BROWN (CSBN 203307)
    Assistant United States Attorney
5
    450 Golden Gate Avenue, 9th Floor
6   San Francisco, California 94102-3495
    Telephone: (415) 436-6962
7   Facsimile:  (415) 436-6748

8   Attorneys for Federal Defendant

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  ALBERTO ROCHA, Ph.D.              )    No. 08-3049 MHP
                                      )
14          Plaintiff,                )
                                      )
15       v.                           )    STIPULATION AND [PROPOSED]
                                      )    ORDER TO CONTINUE SUMMARY
16  HILDA L. SOLIS, Secretary, Department of )  JUDGMENT HEARING DATE AND
    Labor,                            )    RELATED BRIEFING SCHEDULE
17                                    )
            Defendant.                )
18                                    )
                                      )
19  _____  )

20

21

22

23

24

25

26

27

28

1    The plaintiff, Alberto Rocha ("Plaintiff) and the defendant Hilda Solis, Secretary of

2    Department of Labor ("Defendant") by and through their counsel assert as follows:

3    WHEREAS, on August 6, 2009, the Honorable Marilyn H. Patel issued an Order

4    pursuant to the parties' Stipulation To Continue Hearing and Discovery Deadlines ("Order");

5    WHEREAS, pursuant to the Order the summary judgment hearing date was continued to

6    December 14, 2009;

7    WHEREAS, Assistant United States Attorney Andrew Y.S. Cheng left the United States

8    Attorney's Office to become a Superior Court Judge on September 16, 2009;

9    WHEREAS, upon Mr. Cheng's departure, the undersigned Assistant United States

10   Attorney Melissa K. Brown, became lead counsel for this case;

11   WHEREAS, the undersigned Assistant United States Attorney must review a voluminous

12   amount of materials in this case prior to filing a motion for summary judgment and balance her

13   existing caseload and trial schedule;

14   ACCORDINGLY, it is hereby agreed by the parties, by and through their counsel, that the

15   summary judgment hearing be continued to February 22, 2010.  The Defendant's motion for

16   summary judgment shall be due on January 18, 2010.  The Plaintiff's opposition shall be due on

17   February 1, 2010 and the Defendant's reply brief shall be due on February 8, 2010.

18   So Stipulated.

19   DATED: September 29, 2009              Respectfully submitted,

20                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney
21
22                                              /s/ Melissa Brown
                                           _____
23                                         MELISSA K. BROWN
                                           Assistant United States Attorney
24   DATED: September 29,  2009

25                                           /s/ Howard Moore JR.
                                           _____
26                                         HOWARD MOORE, JR.
                                           Attorney for the Plaintiff Alberto Rocha
27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SUMMARY JUDGMENT HEARING AND RELATED
BRIEFING SCHEDULE - C08-3049 MHP

1

**[PROPOSED]~~ ORDER~~**

2    Pursuant to the stipulation of the parties, the summary judgment hearing is continued to

3  February 22, 2010.  The Defendant's motion for summary judgment shall be due on January 18,

4  2010.  The Plaintiff's opposition shall be due on February 1, 2010 and the Defendant's reply

5  brief shall be due on February 8, 2010.

6

7    IT IS SO ORDERED

8

9

Dated: __9/30/2009_____

10

11    MAR

12    United                                                       e

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SUMMARY JUDGMENT HEARING AND RELATED
BRIEFING SCHEDULE - C08-3049 MHP