JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-6962
Facsimile:   (415) 436-6748

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERTO ROCHA, Ph.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>HILDA L. SOLIS, Secretary, Department of Labor,<br><br>    Defendant. | No. 08-3049 MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY CUT-OFF FOR LIMITED PURPOSE |

1  The plaintiff, Alberto Rocha ("Plaintiff) and the defendant Hilda Solis, Secretary of
2  Department of Labor ("Defendant") by and through their counsel (collectively the "parties")
3  assert as follows:
4  WHEREAS, on August 6, 2009, the Honorable Marilyn H. Patel issued an Order
5  pursuant to the parties' Stipulation To Continue Hearing and Discovery Deadlines ("Order");
6  WHEREAS, pursuant to the Order the deposition deadline was set for October 30, 2009;
7  WHEREAS, the parties are unable to complete the depositions of Ron Hiraga and Alberto
8  Rocha prior to the October 30, 2009 deadline;
9  ACCORDINGLY, it is hereby agreed by the parties, by and through their counsel, that the
10 deposition deadline be continued to December 8, 2009 for the sole purposes of taking the
11 deposition of Ron Hiraga and Alberto Rocha.
12 So Stipulated.

DATED: October 29, 2009                Respectfully submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

                                          /s/ Melissa Brown
                                       _____
                                       MELISSA K. BROWN
                                       Assistant United States Attorney

DATED: October 29, 2009

                                          /s/ Howard Moore JR.
                                       _____
                                       HOWARD MOORE, JR.
                                       Attorney for the Plaintiff Alberto Rocha

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEPOSITION DEADLINE AND RELATED BRIEFING
SCHEDULE - C08-3049 MHP

2

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the deposition deadline is continued until December 8, 2009.

IT IS SO ORDERED

Dated: 11/4/09



Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEPOSITION DEADLINE AND RELATED BRIEFING SCHEDULE - C08-3049 MHP