JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   Facsimile:   (415) 436-6748

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERTO ROCHA, Ph.D.,<br><br>     Plaintiff,<br><br>   v.<br><br>HILDA L. SOLIS, Secretary, Department of Labor,<br><br>     Defendant.<br>_____ | No. 08-3049 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE SUMMARY<br>JUDGMENT HEARING DATE AND<br>RELATED BRIEFING SCHEDULE |

1    The plaintiff, Alberto Rocha ("Plaintiff) and the defendant Hilda Solis, Secretary of

2  Department of Labor ("Defendant") by and through their counsel assert as follows:

3    WHEREAS, on September 30, 2009, the Honorable Marilyn H. Patel issued an Order

4  pursuant to the parties' Stipulation To Continue Hearing and Discovery Deadlines ("Order");

5    WHEREAS, pursuant to the Order the Defendant's motion for summary judgment is due

6  on or before January 18, 2010, and the Plaintiff's Opposition is due February 1, 2010, and the

7  Defendant's Reply brief is due February 8, 2010 and hearing on summary judgment was

8  scheduled for  February 22, 2010;

9    WHEREAS, pursuant to Stipulation of the parties, on January 4, 2010, the Court issued

10  an Order for Settlement Conference to occur, if possible,  prior to January 18, 2010;

11    WHEREAS, the parties will not be able to participate in a Settlement Conference until at

12  least April 7, 2010;

13    ACCORDINGLY, it is hereby agreed by the parties, by and through their counsel, and

14  respectfully requested  that the summary judgment hearing be continued to April 26, 2010.  The

15  Defendant's motion for summary judgment shall be due on March 22, 2010.  The Plaintiff's

16  opposition shall be due on April 5, 2010 and the Defendant's reply brief shall be due on April 12,

17  2010.

18    So Stipulated.

19  DATED: January 19, 2010              Respectfully submitted,

20                                       JOSEPH P. RUSSONIELLO
                                          United States Attorney

21

22                                          /s/ Melissa Brown

23                                       _____
                                          MELISSA K. BROWN
                                          Assistant United States Attorney

24  DATED: January 19, 2010

25                                         /s/ Howard Moore JR.

26                                       _____
                                          HOWARD MOORE, JR.
                                          Attorney for the Plaintiff Alberto Rocha

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SUMMARY JUDGMENT HEARING AND RELATED
BRIEFING SCHEDULE - C08-3049 MHP

**[PROPOSED ] ORDER**

Pursuant to the stipulation of the parties, the summary judgment hearing is continued to April 26, 2010.  The Defendant's motion for summary judgment shall be due on March 22, 2010. The Plaintiff's opposition shall be due on April 5, 2010 and the Defendant's reply brief shall be due on April 12, 2010.


IT IS SO ORDERED


Dated: ——————1/20/10—————

————————————————————————
MARILYN H. PATEL
United States District Court  Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SUMMARY JUDGMENT HEARING AND RELATED
BRIEFING SCHEDULE - C08-3049 MHP