UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERTO ROCHA, Ph.D.,

    Plaintiff(s),

vs.

HILDA L. SOLIS, Secretary, Department of Labor,

    Defendant(s).

No. 08-3049 MHP

**JUDGMENT**

    This matter having been deemed unopposed and submitted on the papers on a motion for summary judgment, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the papers and record herein having been reviewed and an order having been duly filed granting the motion and dismissing the action, now therefore,

    IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion for summary judgment is GRANTED this action is DISMISSED in its entirety.

Date: April 15, 2010

MARILYN HALL PATEL
United States District Court Judge